UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARON JOHNSON                                          CIVIL ACTION

VERSUS                                                 NO.:    16-2385

BOBBY JINDAL, ET AL.                                   SECTION: "N" (5)

### REPORT AND RECOMMENDATION

Baron Johnson initiated these proceedings in the United States District Court for the Middle District of Louisiana. That Court liberally construed his one-page pleading as a federal civil rights complaint filed pursuant to 42 U.S.C. §1983 and transferred the matter to this Court to pursue the outstanding deficiencies.     Johnson thereafter failed to respond to the Clerk of Court's deficiency notice and supply the necessary form complaint accompanied by either a pauper application or the required filing fee.

Having reviewed the complaint, the Court finds that plaintiff has failed to comply with even rudimentary pleading requirements, much less state a claim upon which relief may be granted.[1]    Nevertheless, as plaintiff was proceeding *pro se*, the Court afforded him an opportunity to correct the defect by filing an amended complaint.     On April 25, 2016, the

---

[1] Fed. R. Civ. P. 8(a)(2) ("A pleading that states a claim for relief must contain a short and plain statement of the claim showing that he pleader is entitled to relief"). In *Ashcroft v. Iqbal*, the Court explained:

> [T]he pleading standard Rule 8 announces does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation. A pleading that offers labels and conclusions or a formulaic recitation of the elements of a cause of action will not do. Nor does a complaint suffice if it tenders naked assertions devoid of further factual enhancement.

556 U.S. 662, 677-78 (2009) (citations, quotation marks, and brackets omitted).    The Federal Rules require at a minimum a short plain statement of the claim being asserted so as to give the defendants fair notice of the claim and the grounds upon which it rests.   *Boudeloche v. Grow Chemical Coatings Corp.*, 728 F.2d 759, 761-62 (5th Cir. 1984).    Here, the Court notes that Johnson is not unfamiliar with such requirements, having filed numerous prior complaints in this Court.

Court ordered plaintiff to file an amended complaint which would include a short and plain statement of each claim that he intended to assert against the defendants.    The Order also instructed him to remedy the filing fee deficiency.    The Court afforded him ample time to submit the amended complaint and correct the deficiencies, but he failed to respond.    The Court's order expressly warned that failure to comply by the stated deadline would result in a recommendation for dismissal of the complaint.

### RECOMMENDATION

For the foregoing reasons, it is **RECOMMENDED** that plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's April 25, 2016 Order.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object.    *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir.1996)(*en banc*)(citing 28 U.S.C. §636(b)(1)).[2]

New Orleans, Louisiana, this  3rd  day of       June      , 2016.

                                                     _____
                                                              MICHAEL B. NORTH
                                                     UNITED STATES MAGISTRATE JUDGE

---

[2]*Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.