UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARON JOHNSON**  CIVIL ACTION

**VERSUS**  NO.: 16-2385

**BOBBY JINDAL, ET AL.**  SECTION: "N"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, and of plaintiff's failure to remedy the filing fee deficiency, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's April 25, 2016 Order.

New Orleans, Louisiana, this  21st  day of June, 2016.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**
